IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01658-WYD-CBS

MELISSA BARRENT,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (docket #12), filed November 26, 2007. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this stipulated motion should be granted. Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice (docket #12) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Dated: November 27, 2007

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge